

Baker & McKenzie LLP

452 Fifth Avenue
New York, NY 10018
United States

Tel: +1 212 626 4100
Fax: +1 212 310 1600
www.bakermckenzie.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/25/2021

**MEMO ENDORSED**

Asia Pacific
Bangkok
Beijing
Brisbane
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur*
Manila*
Melbourne
Seoul
Shanghai
Singapore
Sydney
Taipei
Tokyo
Yangon

Europe, Middle East
& Africa
Abu Dhabi
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Brussels
Budapest
Cairo
Casablanca
Doha
Dubai
Dusseldorf
Frankfurt/Main
Geneva
Istanbul
Jeddah*
Johannesburg
Kyiv
London
Luxembourg
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh*
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

The Americas
Bogota
Brasilia**
Buenos Aires
Caracas
Chicago
Dallas
Guadalajara
Houston
Juarez
Lima
Los Angeles
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre**
Rio de Janeiro**
San Francisco
Santiago
Sao Paulo**
Tijuana
Toronto
Valencia
Washington, DC

* Associated Firm
** In cooperation with
Trench, Rossi e Watanabe
Advogados

March 24, 2021

Katharine H. Parker
United States Magistrate Judge
United States District Court
500 Pearl Street, Room 750
New York, NY 10007

      Re:    Optionality Consulting v. Edge Technology Group
              Case No. 18 Civ. 5393 (ALC)(KHP)
              Letter-Motion to Adjourn Conference

Dear Judge Parker:

We represent the defendants in this matter. With the agreement of plaintiff's counsel, we request an adjournment of the Initial Case Management Conference in this matter, currently scheduled for April 20, 2021. No prior request has been made to adjourn that conference.

Respectfully,

*/s/ Charles Cummings/*

Charles Cummings

cc:    Jeremy W. Schulman
       Jeffrey Gavenman
       Matthew G. Allison

---

**APPLICATION GRANTED:** The telephonic Initial Case Management Conference scheduled for Tuesday, April 20, 2021 at 10:00 a.m. is hereby rescheduled to **Monday, May 10, 2021 at 12:30 p.m.** Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time. Please dial (866) 434-5269, Access code: 4858267.

**APPLICATION GRANTED**

*/s/ Katharine H. Parker/*

Hon. Katharine H. Parker, U.S.M.J.
03/25/2021

---

Baker & McKenzie LLP is a member of Baker & McKenzie International.
401697693-v1\NA_DMS