```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/29/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
OPTIONALITY CONSULTING PTE. LTD,

                      Plaintiff,    18-CV-5393 (ALC) (KHP)

    -against-    **ORDER SCHEDULING SETTLEMENT CONFERENCE**

EDGE TECHNOLOGY GROUP LLC et al.,

                      Defendants.
-------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

A settlement conference in this matter is scheduled for **Tuesday, November 2, 2021 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information.** The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **October 26, 2021 by 5:00 p.m.**

SO ORDERED.

DATED:    New York, New York
               July 29, 2021

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge