

**Baker & McKenzie LLP**

452 Fifth Avenue
New York, NY 10018
United States

Tel: +1 212 626 4100
Fax: +1 212 310 1600
www.bakermckenzie.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/21/2021

**MEMO ENDORSED**

October 21, 2021

Asia Pacific
Bangkok
Beijing
Brisbane
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur*
Manila*
Melbourne
Seoul
Shanghai
Singapore
Sydney
Taipei
Tokyo
Yangon

Europe, Middle East
& Africa
Abu Dhabi
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Brussels
Budapest
Cairo
Casablanca
Doha
Dubai
Dusseldorf
Frankfurt/Main
Geneva
Istanbul
Jeddah*
Johannesburg
Kyiv
London
Luxembourg
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh*
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

The Americas
Bogota
Brasilia**
Buenos Aires
Caracas
Chicago
Dallas
Guadalajara
Houston
Juarez
Lima
Los Angeles
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre**
Rio de Janeiro**
San Francisco
Santiago
Sao Paulo**
Tijuana
Toronto
Valencia
Washington, DC

* Associated Firm
** In cooperation with
Trench, Rossi e Watanabe
Advogados

Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court
500 Pearl Street, Room 750
New York, NY 10007

Re:   *Optionality Consulting v. Edge Technology Group*
       Case No. 18 Civ. 5393 (ALC)(KHP)
       Letter-Motion to Adjourn Settlement Conference

Dear Judge Parker:

We represent the defendants in this matter. We and plaintiff's counsel jointly request an adjournment of the settlement conference currently scheduled for November 2, 2021. During our status conference on September 29, 2021, the Court indicated that if the parties believed that a November 2, 2021 settlement conference would not be fruitful, they should write to the Court in mid-October to request an adjournment until a later date. The parties have discussed this and jointly request an adjournment of the November 2, 2021 settlement conference until a later date to allow the parties to continue their discovery efforts in hopes that a future settlement conference may be more beneficial. If the Conference is adjourned, we also request that the deadline for the filing of pre-conference submissions, currently October 26, 2021, be extended accordingly. This is the parties' first request for an extension of the settlement conference.

Respectfully,

/s/ Charles Cummings

Charles Cummings

cc:   Jeremy W. Schulman
       Jeffrey Gavenman
       Matthew G. Allison

> **APPLICATION GRANTED:** The Settlement Conference in this matter is scheduled for Tuesday, November 2, 2021 at 10:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to <u>Wednesday, January 5, 2022 at 10:00 a.m.</u> Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than <u>December 29, 2021 by 5:00 p.m.</u>
>
> **APPLICATION GRANTED**
>
> /s/ Katharine H. Parker
>
> Hon. Katharine H. Parker, U.S.M.J.
> 10/21/2021

Baker & McKenzie LLP is a member of Baker & McKenzie International.
402760817-v1\NA_DMS