**SCHULMAN BHATTACHARYA**   6116 Executive Boulevard, Suite 425, North Bethesda, Maryland 20852 240.356.8550

JEFFREY S. GAVENMAN
direct dial 240.356.8553   email jgavenman@schulmanbh.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/2021

**MEMO ENDORSED**

October 22, 2021

<u>VIA ECF</u>

The Honorable Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

Re:   *Optionality Consulting Pte. Ltd v. Edge Technology Group, LLC et al.*,
       Case No. 18-cv-05393- *Letter-Motion to Adjourn Settlement Conference*

Dear Judge Parker:

We are counsel to Plaintiff Optionality Consulting Pte Ltd. ("<u>Plaintiff</u>").  Today, we received Your Honor's Order (ECF No. 64), which rescheduled the Settlement Conference in this matter from November 2, 2021 to January 5, 2022 at 10:00 a.m.  Unfortunately, Plaintiff's counsel has an in-person Pretrial Conference at that exact date and time in Rochester, New York, for a trial that is scheduled to start the following day.  As such, we ask that Your Honor adjourn the Settlement Conference for approximately two weeks.  Defendants do not object to this request.

This is the second request for an extension of the settlement conference; the first request was ECF No. 63, which was granted via ECF No. 64,

Very truly yours,

/s/ Jeffrey S. Gavenman

Jeffrey S. Gavenman

cc:   All counsel of record (by electronic mail)

<u>APPLICATION GRANTED</u>: The Settlement Conference in this matter is scheduled for Wednesday, January 5, 2021 at 10:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to <u>Monday, January 24, 2022 at 10:00 a.m.</u> Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than <u>January 17, 2022 by 5:00 p.m.</u>

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

10/22/2021