```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/06/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
OPTIONALITY CONSULTING PTE. LTD,

                                Plaintiff,

           -against-

EDGE TECHNOLOGY GROUP LLC et al.,

                              Defendants.
-----------------------------------------------------------------X

18-CV-5393 (ALC) (KHP)

**ORDER CONVERTING SETTLEMENT CONFERENCE TO TELEPHONIC**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Settlement Conference in this matter scheduled for **Monday, January 24, 2022 at 10:00 a.m.** is hereby converted to a telephonic conference.  The Parties' should call into the court conference line at **(866) 434-5269 Code: 4858267** at the scheduled time.  **A security code will be emailed to counsel by chambers for his proceeding.**  Pre-conference submissions must be received by the Court no later than **January 17, 2022 by 5:00 p.m.**

       SO ORDERED.

DATED:      New York, New York
                January 6, 2022

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge