USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/24/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
OPTIONALITY CONSULTING PTE. LTD,

                              Plaintiff,

         -against-

EDGE TECHNOLOGY GROUP LLC et al.,

                            Defendants.

------------------------------------------------------------------X

18-CV-5393 (ALC) (KHP)

**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      A Case Management Conference in this matter is hereby scheduled for **Thursday, March 17, 2022, at 11:30 a.m.** Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. **Please dial (866) 434-5269; access code 4858267.**

      SO ORDERED.

DATED:    New York, New York
              January 24, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge