```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/06/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

OPTIONALITY CONSULTING PTE. LTD,

                          Plaintiff,

          -against-

EDGE TECHNOLOGY GROUP LLC et al.,

                        Defendants.

-----------------------------------------------------------------X

18-CV-5393 (ALC) (KHP)

**ORDER SCHEDULING CASE
MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

A Case Management Conference in this matter is hereby scheduled for **Tuesday, December 13, 2022, at 12:00 p.m.** Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. **Please dial (866) 434-5269; access code 4858267.**

      SO ORDERED.

DATED:     New York, New York
              October 6, 2022

                                                  *Katharine H. Parker*
                                                  _____
                                                  KATHARINE H. PARKER
                                                  United States Magistrate Judge