**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
OPTIONALITY CONSULTING PTE. LTD,

                      Plaintiff,

       -against-

EDGE TECHNOLOGY GROUP LLC et al.,

                      Defendants.
-----------------------------------------------------------------X

18-CV-5393 (ALC) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed in the December 13, 2022 conference, the parties shall submit a joint status letter by **February 28, 2023**. The status letter shall update the Court on the parties' progress with expert discovery.

       **SO ORDERED.**

DATED:    New York, New York
               December 15, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/15/2022