UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
OPTIONALITY CONSULTING PTE. LTD,

                   Plaintiff,                    1:18-cv-05393-ALC-KHP

        -against-                         **ORDER**

EDGE TECHNOLOGY GROUP LLC et al.,
                   Defendants.
------------------------------------------------------------- X

**ANDREW L. CARTER, JR., District Judge:**

      The Court is in receipt of Defendants' letter dated October 13, 2023 requesting a pre-motion conference to address Defendants' proposed motion for summary judgment, pursuant to Fed. R. Civ P. 56. ECF No. 116. The Court is also in receipt of Plaintiff's letter dated October 18, 2023 in response to Defendants' request for a pre-motion conference. ECF No. 117. Accordingly, Defendants' request for a pre-motion conference is DENIED without prejudice. The Court will GRANT Defendants leave to file their motion for summary judgment according to the parties' proposed briefing schedule. Defendants' motion for summary judgment is due by November 30, 2023. Plaintiff's response is due by January 31, 2024. Defendants' reply is due by February 24, 2024.

**SO ORDERED.**

Dated:  October 19, 2023
         New York, New York

                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**