UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

OPTIONALITY CONSULTING PTE. LTD,

          Plaintiff,

-against-

EDGE TECHNOLOGY GROUP LLC, et al.

          Defendants.

------------------------------------------------------------- x

1:18-cv-05393 (ALC) (KHP)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court will conduct a telephone status conference in this action on **October 23, 2024 at 2:00 p.m. Eastern Time**. The Parties should contact the Court at 1-888-363-4749 (Conference Code: 3768660) on the date and time specified above.

**SO ORDERED.**

Dated:   October 1, 2024
           New York, New York

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**