```
                                              USDC SDNY
                                              DOCUMENT
UNITED STATES DISTRICT COURT                  ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                 DOC#: _____
                                              DATE FILED: 10-15-24
```

------------------------------------------------------------- x

OPTIONALITY CONSULTING PTE. LTD,

                                                                        18-CV-5393 (ALC)(KHP)

               - v. -                                               **ORDER**

EDGE TECHNOLOGY GROUP LLC, et al.

                                  *Defendants.*

------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

      The Telephone Status Conference set for **October 29, 2024,** at 12:45 p.m. is adjourned to **2:00 p.m.** All parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660). Members of the public and press may attend the telephonic conference by dialing the same number.

**SO ORDERED.**

Dated:     New York, New York  
             October 15, 2024

                                                    _____  
                                                        **ANDREW L. CARTER, JR.**  
                                                        United States District Judge