**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

**OPTIONALITY CONSULTING PTE. LTD,**

      **Plaintiff,**

    **-against-**

**EDGE TECHNOLOGY GROUP LLC,**
**JAMES NEKOS, & JOHN PECORARO,**

     **Defendants.**

------------------------------------------------------------ x

**1:18-cv-05393 (ALC) (KHP)**

**<u>ORDER</u>**

**ANDREW L. CARTER, JR., United States District Judge:**

   The telephone status conference scheduled for October 29, 2024, at 2:00PM is

ADJOURNED without a date.   The parties are directed to submit a joint status report by

**November 20, 2024**.

**SO ORDERED.**

**Dated: October 28, 2024**
   **New York, New York**

_____
    **ANDREW L. CARTER, JR.**
    **United States District Judge**