UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

OPTIONALITY CONSULTING PTE. LTD,

                Plaintiff,

    -against-                        1:18-cv-05393 (ALC) (KHP)

EDGE TECHNOLOGY GROUP LLC,      **ORDER**
JAMES NEKOS, & JOHN PECORARO,

                Defendants.

---------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

      The parties' request for a conference is **DENIED**. The parties are directed to submit their availability and preference for a trial date in their joint pretrial report.

**SO ORDERED.**

Dated:  December 2, 2024
           New York, New York

                                                    ANDREW L. CARTER, JR.
                                                    United States District Judge