UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------- x
OPTIONALITY CONSULTING PTE. LTD.,

                **Plaintiff,**

      -against-                          1:18-cv-05393 (ALC) (KHP)

JAMES NEKOS, JOHN PECORARO, and
EDGE TECHNOLOGY GROUP LLC,         **ORDER**

                **Defendants.**
---------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court will schedule trial in this matter to start on **May 5, 2025** at **10:00AM**. In advance of trial, parties shall file:

- Voir dire requests and proposed jury instructions by **April 14, 2025**.

- Any motions in *limine* by **April 14, 2025**. Responses shall be filed by **April 21, 2025**.

The final pretrial conference will be held on **April 29, 2025 at 3:00PM**. The parties should appear in person at the Thurgood Marshall United States Courthouse, 40 Foley Square, in Courtroom 1306.

**SO ORDERED.**

Dated:   **December 27, 2024**
           **New York, New York**

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**