UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

OPTIONALITY CONSULTING PTE. LTD,

                Plaintiff,

        -against-                      1:18-cv-05393 (ALC) (KHP)

EDGE TECHNOLOGY GROUP LLC,        **ORDER**
JAMES NEKOS, & JOHN PECORARO,

                Defendants.

-------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

      This matter is scheduled for jury selection and trial in May. The parties' proposed *voir dire* and jury instructions, along with any motions *in limine*, were due April 14, 2025. See ECF No. 166. As no such submissions have been filed, the Court will conduct a status conference on **April 24, 2025, at 3:00PM**. All parties shall appear and should contact the Court at **1-855-244-8681** (access code: 2305 370 0226#). If this matter has been resolved, the parties should file a joint letter in advance of the conference.

**SO ORDERED.**

**Dated:   April 22, 2025**
            **New York, New York**                      **ANDREW L. CARTER, JR.**
                                                                   **United States District Judge**