UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
OPTIONALITY CONSULTING PTE. LTD,

       Plaintiff,

  -against-           1:18-cv-05393 (ALC) (KHP)

EDGE TECHNOLOGY GROUP LLC,    **ORDER**
JAMES NEKOS, and JOHN PECORARO,

       Defendants.
------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

  It having been reported to the Court that this case has been settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days. Today's conference, trial, and all other deadlines are adjourned *sine die*.

**SO ORDERED.**

Dated: April 24, 2025
     New York, New York

                    **ANDREW L. CARTER, JR.**
                    **United States District Judge**